**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Martinsburg Division**

**DAWN SPRING,**

        **Plaintiff,**

**v.**                                                      **Civil Action No. 3:24-CV-136**
                                                         **Judge Gina M. Groh**

**AMERICAN PUBLIC UNIVERSITY SYSTEM, INC.
d/b/a American Public University System
and AMERICAN PUBLIC EDUCATION, INC.,**

        **Defendants.**

## AGREED DISMISSAL ORDER

ON THIS DAY, by counsel, come, Defendants, **American Public University System, Inc. d/b/a American Public University System** and **American Public Education, Inc.** and Plaintiff, **Dawn Spring**, and announce that the parties have reached a resolution in this matter. Having resolved this matter, Plaintiff wishes to have this matter dismissed against Defendants, **with prejudice**. Accordingly, the litigation in this matter is now complete.

It is therefore ORDERED that this action be and hereby is, **DISMISSED** and **STRICKEN** from the docket of this Court with each party to bear its own costs and fees. The Clerk is requested to transmit copies of this Dismissal Order to all counsel of Record and any unrepresented parties.

ENTER:   May 28, 2025

                                                Honorable Gina M. Groh

**Prepared By:**

/s/ Larry J. Rector
Larry J. Rector
W.V. I.D. No.: 6148
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone: (304) 933-8000
Fax: (304) 933-8183
Larry.Rector@steptoe-johnson.com

Shelby A. Hicks-Merinar, Esquire
W.V. I.D. No.: 13081
Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, WV 26505
Phone: (304) 598-8000
Fax: (304) 598-8116
Shelby.Hicks-Merinar@steptoe-johnson.com
*Counsel for Defendants*

**Agreed To By:**

/s/Alex A Tsiatsos
Alex A. Tsiatsos, Esq.
Tsiatsos Law Firm, PLLC
142 North Queen Street
Martinsburg, WV 25401
Phone: (304) 249-4822
Fax: (304) 405-2864
Alex.Tsiatsos@tsiatsoslawfirm.com
*Counsel for Plaintiff*

/s/Dennis M. Moskal (by AAT)
Dennis M. Moskal, Esq.
Law Offices of Dennis M. Moskal, LLC
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Phone: (412) 992.0948
Fax: (412) 927.1147
dennis@harassment-doctor.com
*Counsel For Plaintiff*

25528829.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Martinsburg Division**

**DAWN SPRING,**

       **Plaintiff,**

**v.**                                                    **Civil Action No. 3:24-CV-136**
                                                         **Judge Gina M. Groh**

**AMERICAN PUBLIC UNIVERSITY SYSTEM, INC.
d/b/a American Public University System
and AMERICAN PUBLIC EDUCATION, INC.,**

       **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21st, 2025, I electronically filed the foregoing "***Agreed Dismissal Order***." with the Clerk of the Court by utilizing the CM/ECF system which will send electronic notification of said filing to the following counsel of record:

Alex A. Tsiatsos, Esq.
Tsiatsos Law Firm, PLLC
142 North Queen Street
Martinsburg, WV 25401
Phone: (304) 249-4822
Fax: (304) 405-2864
Alex.Tsiatsos@tsiatsoslawfirm.com
*Counsel for Plaintiff*

Dennis M. Moskal, Esq.
Law Offices of Dennis M. Moskal, LLC
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Phone: (412) 992.0948
Fax: (412) 927.1147
dennis@harassment-doctor.com
*Counsel For Plaintiff*
*Admitted Pro Hac Vice*

*/s/ Larry J. Rector*
Larry J. Rector, Esquire
*Counsel for Defendants*